# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WAYNE SEARE, and
MARINETTE TEDOCO,

    Plaintiff,

v.

THE BANK OF NEW YORK MELLON, et al,

    Defendants.

Case No. 2:16-cv-00907-JCM-CWH

**ORDER**

Presently before the court is pro se Plaintiff's motion (ECF No. 16) for a peremptory challenge of the presiding judge in this matter, filed on August 4, 2016. Defendants filed a response (ECF No. 19) on August 18, 2016, in which they moved to strike Plaintiff's motion.

Plaintiffs base their motion on Rule 48.1 of the Nevada Supreme Court, a state court. However, this action was filed in United States District Court for the District of Nevada, a federal court. This court has jurisdiction in this matter pursuant to 28 U.S.C. § 1331, based on Plaintiff's claims made under federal law. Therefore, proceedings in this action will be governed by the Federal Rules of Civil Procedure, and the Local Rules of Practice for the United States District Court for the District of Nevada. The Nevada Supreme Court Rules do not apply.

IT IS THEREFORE ORDERED that Plaintiff's motion (ECF No. 16) for a peremptory challenge is DENIED.

DATED: August 25, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge