**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WAYNE SEARE, et al, | Case No. 2:16-cv-00907-JCM-CWH |
| Plaintiffs, | |
| v. | |
| THE BANK OF NEW YORK MELLON, et al, | **ORDER** |
| Defendants. | |

Presently before the Court is Plaintiffs' motion to strike (ECF No. 32), filed on November 23, 2017. Defendants have not filed a response.

Plaintiffs seek to strike Defendants Duke Partners II, LLC, Wedgewood, LLC, and Wedgewood, Inc.'s certificate of interested parties (ECF No. 29). Plaintiffs argue that Defendants certificate is invalid because it does not identify any parent corporation or any corporation owning 10% or more of their stock, and because they list a party that is unknown to Plaintiffs.

Under Local Rule 7.1(a), attorneys for private non-governmental parties, such as Defendants, must file a certificate of interested parties listing any persons, associations, firms, partnerships or corporations (including parent corporations), that have a direct pecuniary interest in the outcome of the case. Here, Defendants filed a certificate that listed a number of interested parties. No parent corporation or corporation owning more than 10% of Defendants stock was listed. The Court takes this as a certification that no such parties exist. The inclusion of other parties which were previously unknown to Plaintiffs is not a violation of the requirements of Local Rule 7.1. The Court finds no evidence that Defendants' certificate of interested parties is inadequate.

//

//

//

1

IT IS THEREFORE ORDERED that Plaintiffs' motion to strike (ECF No. 32) is DENIED.

DATED: January 26, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

2